**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1930**

BANK OF NEW YORK MELLON TRUSTEE,

                Plaintiff - Appellee,

        v.

NAGARAJ NAGACHANDRA, et.al,

                Defendant - Appellant.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge.  (8:15-cv-01171-PJM)

Submitted:  November 17, 2015      Decided:  November 19, 2015

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kosmas  Nicholas  Johns,  OFFICE  OF  KOS  N.  JOHNS,  Bethesda,
Maryland, for Appellant.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nagaraj Nagachandra appeals the district court's order dismissing the case with prejudice after finding the notice of removal improper. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bank of New York Mellon Trustee v. Nagachandra Nagaraj, No. 8:15-cv-01171-PJM (D. Md. Aug. 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED